IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Cr. No. CR 07 123 S |
| | ) | |
| | ) | In violation of: |
| vs. | ) | 21 U.S.C. §§ 841(a)(1) & |
| | ) | (b)(1)(D); |
| | ) | 18 U.S.C. § 922 (g)(1); |
| | ) | 18 U.S.C. § 924(c) |
| DANIEL DELACRUZ | ) | |

FILED
SEP 26 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about September 4, 2007, in the District of Rhode Island, the defendant, DANIEL DELACRUZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D).

COUNT II

On or about September 4, 2007, in the District of Rhode Island, the defendant, DANIEL DELACRUZ, having been previously convicted of a crime punishable by a term exceeding one year, did knowingly and intentionally possess, in and affecting commerce, a firearm, to wit, a Charter Arms, Model Undercover 38, .38 caliber revolver, serial number 220153, in violation of 18 U.S.C. § 922(g)(1).

## COUNT III

On or about September 4, 2007, in the District of Rhode Island, the defendant, DANIEL DELACRUZ, in furtherance of a drug trafficking crime, did knowingly possess a firearm, to wit, a Charter Arms, Model Undercover 38, .38 caliber revolver, serial number 220153, in violation of 18 U.S.C. § 924(c).

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count II and III of this Indictment, the Defendant, DANIEL DELACRUZ, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) the firearm identified in Count II and III of the Indictment.

A TRUE BILL:

REDACTED

ROBERT CLARKE CORRENTE
United States Attorney

Sandra R. Beckner
Assistant U.S. Attorney

Mary E. Rogers
Assistant U.S. Attorney
Chief, OCDETF Unit

Dated: September 26, 2007