ATTACHMENT TO DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

Defendant Daniel Delacruz

**Count I**: 21 U.S.C. §§ 841(a)(1) and (b)(1)(D) - Knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of marihuna, a Schedule I controlled substance.
PENALTIES: 5 years imprisonment; $250,000 fine; 2 years supervised release; $100 mandatory special assessment.

**Count II**: 18 U.S.C. § 922(g)(1) - Felon in possession of a firearm
PENALTIES: 10 years imprisonment; $250,000 fine; 3 years supervised release; $100 mandatory special assessment.

**Count III**: 18 U.S.C. § 924(c) - In furtherance of a drug trafficking crime, did knowingly possess a firearm.
PENALTIES: 5 years to life imprisonment; $250,000 fine; 5 years supervised release; $100 mandatory special assessment.

**Forfeiture Allegation as noted in Indictment.**