AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

APPEARANCE

v.

DANIEL DELACRUZ

CASE NUMBER: CR 07-123-S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

The defendant, DANIEL Delacruz

I certify that I am admitted to practice in this court.

9/28/07

*Date*

*Signature*


DAMON D'AMBROSIO 3581

*Print Name* *Bar Number*

7 WATERMAN AVE. N.

*Address*

N. PROVIDENCE RI 02911

*City* *State* *Zip Code*

401-232-4000 232-2535

*Phone Number* *Fax Number*


This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.