Entered into JDIS by Kal

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

## *District of Rhode Island*

RECEIVED
U.S. MARSHALS SERVICE
SEP 26 2007
District of Rhode Island

UNITED STATES OF AMERICA

v.

DANIEL DELACRUZ

**WARRANT FOR ARREST**

CASE NUMBER: CR 07-123S

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest DANIEL DELACRUZ
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE MARIHUNA
FELON IN POSSESSION OF A FIREARM
POSSESSION OF A FIREARM IN FURTHERANCE OF A DRUG TRAFFICKING CRIME

in violation of Title 21;18 United States Code, Section(s) 841(a)(1)&(b)(1)(D); 922(g)(1), 924(c)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

September 26, 2007, Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 09/26/2007 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER [signature] |
| DATE OF ARREST 09/28/2007 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.